FILED

2004 JAN -8  A 9: 53

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JULIA JACKSON, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02CV1777(AHN) |
| | : | |
| v. | : | |
| | : | |
| NORWALK BOARD OF EDUCATION, | : | |
| LOUIS LaBOSCO, DR. NORMAN | : | |
| ZAMCHECK, ART DOOLEY, and | : | |
| RICK FOLLMAN | : | |
| Defendants | : | JANUARY 6, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME AND TO REVISE PRE-TRIAL SCHEDULING OFDER

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendants Norwalk Board of Education, Louis LaBosco, Dr. Norman Zamcheck, Art Dooley and Rick Follman hereby request that the deadline for the filing of motions for summary judgment be extended. The present deadline for the filing of motions for summary judgment is January 15, 2004; the defendants ask that this deadline be extended until February 15, 2004. This amendment of the scheduling order is necessitated by the press of legal business of the undersigned counsel, including the need to prepare and file several other motions for summary judgment and post-

**ORAL ARGUMENT IS NOT REQUIRED.**

arbitration/administrative hearing briefs, and the need to prepare for and participate as lead counsel in a lengthy jury trial in the Connecticut Superior Court that is currently scheduled to commence on January 20, 2004.  In addition, while the summary judgment materials are significantly completed, the defendants still need to assembly and complete the necessary supporting papers, exhibits, and affidavits; this task has been made more difficult by the recent death of one of the defendants, Louis LaBosco.  The requested extension of time would permit the defendants to complete and file their motion for summary judgment.  This is the undersigned defendants' second request for an amendment of the court's pre-trial scheduling order with regard to the filing of motions for summary judgment; the first such extension of time was requested by motion dated August 28, 2003 and granted by this court.  Counsel for the defendants has contacted counsel for the plaintiff, Cynthia R. Jennings, Esq., who indicates that she has no objection to this motion.

DEFENDANTS–NORWALK BOARD OF
EDUCATION, ET AL

By_____
Mark J. Sommaruga (ct09865)
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105
Tel: (860)-233-2141
Fax: (860)-233-0516
email: msommaruga@sscc-law.com

- 2 -

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via U. S. Mail, postage prepaid, to Cynthia R. Jennings, Esq., The Barrister Law Group, LLC, 211 State Street, Bridgeport, CT 06604, this 6th day of January, 2004.

_____
Mark J. Sommaruga

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326