FILED

2004 JAN -8 A 9: 53

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JULIA JACKSON, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02CV1777(~~AHN~~) JBA |
| | : | HBF |
| v. | : | |
| | : | |
| NORWALK BOARD OF EDUCATION, | : | |
| LOUIS LaBOSCO, DR. NORMAN | : | |
| ZAMCHECK, ART DOOLEY, and | : | |
| RICK FOLLMAN | : | |
| Defendants | : | JANUARY 6, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME AND TO REVISE PRE-TRIAL SCHEDULING ORDER

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendants Norwalk Board of Education, Louis LaBosco, Dr. Norman Zamcheck, Art Dooley and Rick Follman hereby request that the deadline for the filing of motions for summary judgment be extended. The present deadline for the filing of motions for summary judgment is January 15, 2004; the defendants ask that this deadline be extended until February 15, 2004. This amendment of the scheduling order is necessitated by the press of legal business of the undersigned counsel, including the need to prepare and file several other motions for summary judgment and post-

**ORAL ARGUMENT IS NOT REQUIRED.**

*[Handwritten annotations: "28"; "GRANTED absent objection / Holly B. Fitzsimmons / U.S. Magistrate Judge"; "2004 JAN 27"; "GRANTED ext of ts mot at time"]*

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326