FILED

2004 FEB 17 P 2: 16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JULIA JACKSON, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02CV1777(AHN) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NORWALK BOARD OF EDUCATION, | : | |
| LOUIS LaBOSCO, DR. NORMAN | : | |
| ZAMCHECK, ART DOOLEY, and | : | |
| RICK FOLLMAN | : | |
| Defendants | : | FEBRUARY 13, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants Norwalk Board of Education, Louis LaBosco, Dr. Norman Zamcheck, Art Dooley and Rick Follman hereby move for summary judgment. There are no genuine disputes of material fact and the defendants are entitled to judgment as a matter of law, for the following reasons:

1. This court should enter judgment for defendant Norwalk Board of Education on the plaintiff's claims of race and gender discrimination in *Counts One and Three* because the plaintiff has failed to establish a *prima facie* case of discrimination.

**ORAL ARGUMENT REQUESTED**

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

2.  This court should also enter judgment for the defendant Board on ***Counts One and Three*** because the defendant has proffered legitimate non-discriminatory reasons for its actions.

3.  Judgment should enter for the defendants on the plaintiff's claims of violations of the Equal Protection Clause in ***Count Two*** because of the legitimate and rational/non-discriminatory reasons for their actions and due to legal insufficiency.

4.  Defendants LaBosco, Zamcheck, Dooley, and Follman have a qualified immunity to any claim for money damages contained in ***Count Two***.

5.  Defendant Norwalk Board of Education is immune from liability for some if not all of the allegations contained in ***Count Two*** due to the lack of an official policy or custom.

In support of their motion, the defendants herewith submit the following:

1. Memorandum of Law;
2. Local Rule 56(a)(1) Statement of Material Facts Not in Dispute;
3. Affidavits of Zamcheck and Dooley; and

4.     Supporting Exhibits [Attachments A through J]

                                            DEFENDANTS--NORWALK BOARD OF EDUCATION, ET AL

By _____
        Mark J. Sommaruga (ct09865)
        Susan L. Gundersen (ct25246)
        Sullivan, Schoen, Campane & Connon, LLC
        646 Prospect Avenue
        Hartford, CT 06105
        Tel: (860)-233-2141
        Fax: (860)-233-0516
        email: msommaruga@sscc-law.com
        email: sgundersen@sscc-law.com

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via U. S. Mail, postage prepaid, to Cynthia R. Jennings, Esq., The Barrister Law Group, LLC, 211 State Street, Bridgeport, CT 06604, this 17th day of February, 2004.

_____
Mark J. Sommaruga

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326