# United States District Court
## DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 11 P 3: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| **JULIA JACKSON,**<br>**Plaintiff** | CASE NO. 3:02CV1777(AHN) |
| v. | |
| **NORWALK BOARD OF EDUCATION,**<br>**LOUIS LaBOSCO, DR. NORMAN**<br>**ZAMCHECK, ART DOOLEY, and**<br>**RICK FOLLMAN**<br>**Defendants** | March 11, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Memorandum of Law and 56(a) Statement, in support of its Summary Judgment Motion, be extended to APRIL 30, 2004. This extension of time is necessitated by: (1) the intense press of business.

This is Plaintiff's first request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Counsel for Defendants' had no opposition to this request.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~ Bridgeport, CT 06604
Tel: 203-362-1230 ~ Fax: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net

PLAINTIFF
JULIA JACKSON

By: _____
CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-362-1230
Fax: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net

## CERTIFICATION

I hereby certify that on this 11TH day of March 2004, a copy of the foregoing was sent via regular U.S. Mail and on all parties of record including pro se parties, as shown below:

Mark J. Sommaruga
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105

BY: _____
CYNTHIA R. JENNINGS, ESQ.