# United States District Court
## DISTRICT OF CONNECTICUT

**FILED**
2004 MAR 11 P 3:53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JULIA JACKSON,
Plaintiff

CASE NO. 3:02CV1777 MEXTIME

v.

NORWALK BOARD OF EDUCATION,
LOUIS LaBOSCO, DR. NORMAN
ZAMCHECK, ART DOOLEY, and
RICK FOLLMAN
Defendants

March 11, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Memorandum of Law and 56(a) Statement, in support of its Summary Judgment Motion, be extended to APRIL 30, 2004. This extension of time is necessitated by: (1) the intense press of business.

This is Plaintiff's first request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Counsel for Defendants' had no opposition to this request.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

3/22/04. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~ Bridgeport, CT 06604
Tel: 203-362-1230 ~ Fax: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net