FILED

2004 APR 29 P 4:47

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIA JACKSON,<br>*Plaintiff* ) | CASE NO. 302CV1777(ANH) |
| ) | |
| v. ) | |
| ) | |
| NORWALK BOARD OF EDUCATION, )<br>LOUIS LaBOSCO, DR. NORMAN )<br>ZAMCHECK, ART DOOLEY, and )<br>RICK FOLLMAN )<br>*Defendants* ) | April 29, 2004 |

### PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant the Local Rules of Civil Procedure and the Fed. R. Civ. P. Plaintiff submits her Local Rule 9(c)2 Statement and her Memorandum of Law in opposition to Defendant's Motion for Summary Judgment in the above captioned matter.

PLAINTIFF
JULIA JACKSON

By [signature]
Cynthia R. Jennings, Esq., (ct21797)
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Bridgeport, CT 06604

CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, 2ND FLOOR
BRIDGEPORT, CT 06604
TEL: 203-334-4800 ~ FAX: 203-333-7178
EMAIL: Cynthia.Jennings@sbcglobal.net

## **CERTIFICATION**

This is to certify that the above was mailed via first class U.S. mail on April 29, 2004, to the following counsel of Record.

Mark J. Summaruga, Esq.,
Susan L. Gundersen, Esq.,
SULLIVAN, SCHOEN, CAMPANE & CANNON, LLC.,
646 Prospect Avenue
Hartford, CT 06105
Tel: 860-233-2141
Fax: 860-233-0516

_/s/ Cynthia R. Jennings_
Cynthia R. Jennings, Esq.,

CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, 2ND FLOOR
BRIDGEPORT, CT 06604
TEL: 203-334-4800 ~ FAX: 203-333-7178
EMAIL: Cynthia.Jennings@sbcglobal.net