UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JULIA JACKSON,
    PLAINTIFF

v.                                               CIV. NO. 3:02CV1777 (AHN)

NORWALK BOARD OF EDUCATION,
ET AL,
    DEFENDANTS

## RECOMMENDED RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### INTRODUCTION

Julia Jackson brought this five count action alleging employment discrimination on the basis of race and gender, and intentional and negligent infliction of emotional distress, against the Norwalk Board of Education ("the Board"); Louis LaBosco, Director of Human Resources for the Board; Dr. Norman Zamcheck, Principal of Briggs High School; Art Dooley, Security Coordinator for Norwalk High School; and Rick Follman, Housemaster of Norwalk High School.[1] In Count One, plaintiff claims the Board violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq. ("Title VII"). In Count Two, plaintiff claims the defendants violated her rights to Due Process and Equal Protection under the Fourteenth Amendment to

---

[1] The Court previously dismissed Count Four and Count Five (intentional and negligent infliction of emotional distress respectively) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. [Doc. #24 at 7-9.]