UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JULIA JACKSON

    v.

NORWALK BOARD OF EDUCATION,
LOUIS LABOSCO, NORMAN
ZAMCHECK, ART DOOLEY,
and RICK FULLMAN

3:02cv1777 (AHN)

## JUDGMENT

This action came on for consideration on defendants' motion to for summary judgment before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge and the Honorable Alan H. Nevas, Senior United States District Judge.

On September 10, 2004, Recommended Ruling on Defendants' Motion for Summary Judgment was filed. On September 30, 2004, the recommended ruling was approved, adopted and ratified.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 8th day of October, 2004.

KEVIN F. ROWE, Clerk

By __/s/ Alice Montz__
        Deputy Clerk

Entered on Docket _____